STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

BERNARD ISMAEL SANCHEZ BISBAL

Case No. 10-10573-ESL

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

Debtor    [✓] Present   [ ] Absent
Joint Debtor    [ ] Present   [ ] Absent
Attorney for Debtor    [✓] Present   [ ] Absent
[ ] Pro-se
[✓] Substitute _Angel Medina, Esq_

Date: January 13, 2011
Time: 10:44 AM   Track: n/R
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: $75
Creditors _None_

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
[ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _06-07_ [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded → to pay Secured claim
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income → First week of November
   [ ] Missing   [✓] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
[ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

BERNARD ISMAEL SANCHEZ BISBAL      Case No. 10-10573-ESL

Chapter 13      Attorney Name: MARILYN VALDES ORTEGA*

---

**VI. Plan** (Cont.)
Date: November, 9, 2010 Base $ 21,000.00 [X] Filed    Evidence of Pmt shown: _____
Payments  1  made out of  2  due.    [ ] Not Filed

**VII. Confirmation Hearing Date:** January, 19, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 230.00 = $ 2,770.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
     [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
     [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
     [ ] Premises _____
     [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

Note: Debtor will make 2nd payment today.
(1) Debtor will amend Schedule "C" to correct jewelry exempt to $900.; upon said amendment being made, liquidation value will be zero.
Note: Debtor submitted evidence of income for last week of → October 2010.

_____
Trustee/Presiding Officer

Date: January 13, 2011
(Rev.)